IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| **TREVELIS DIVINCI JACKSON,** | : | |
| **Plaintiff,** | : | |
| VS. | : | NO. 5:24-CV-100-MTT-AGH |
| Warden **SAMPSON**, *et al.*, | : | |
| **Defendants.** | : | |

# ORDER

Plaintiff Trevelis Divinci Jackson, a prisoner in Dooly State Prison in Unadilla, Georgia, filed a 42 U.S.C. § 1983 action and moved to proceed *in forma pauperis*. ECF Nos. 1; 3. The Court ordered Plaintiff to file a recast 42 U.S.C. § 1983 complaint and file a certified copy of his prisoner trust fund account statement. ECF No. 4. Plaintiff complied and based on information contained on Plaintiff's trust fund account statement, the Court, on April 24, 2024, ordered Plaintiff to pay an initial partial filing fee in the amount of $10.83. ECF No. 7. Plaintiff failed to pay the initial partial filing fee and the Court, therefore, ordered Plaintiff to show cause why his action should not be dismissed based on his failure to follow the Court's April 24, 2024 Order. ECF No. 12. Plaintiff has not responded to the Order to Show Cause.

This action is, therefore, **DISMISSED WITHOUT PREJUDICE** for failure to follow the Court's Orders and failure to prosecute. Fed. R. Civ. P. 41(b); *Brown v. Tallahassee Police Dep't*, 205 F. App'x 802, 802 (11th Cir. 2006) (first citing Fed. R. Civ. P. 41(b); and then citing *Lopez v. Aransas Cnty. Indep. Sch. Dist.*, 570 F.2d 541, 544 (5th Cir. 1978)) ("The court may

1

dismiss an action *sua sponte* under Rule 41(b) for failure to prosecute or failure to obey a court order.").

    **SO ORDERED**, this 10th day of July, 2024.

                                          S/ Marc T. Treadwell
                                          MARC T. TREADWELL, JUDGE
                                          UNITED STATES DISTRICT COURT